UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSRAM SYLVANIA, INC., <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>AMERICAN INDUCTION TECHNOLOGIES, INC., <br><br>　　　　Defendant. | Case No. 2:09-cv-8748-R-VBK <br><br>**JUDGMENT DECLARING INVALID CLAIMS 1, 17, 25, 27, AND 32 OF U.S. PATENT NO. 5,834,905** |
| AND RELATED COUNTERCLAIM. | **Hon. Manuel L. Real** |

　　　　The Court having considered the Motion for Summary Judgment of Invalidity of U.S. Patent No. 5,834,905 (Dkt. # 68) filed by Defendant American Induction Technologies, Inc. ("AITI"), the Motion of Plaintiff Osram Sylvania, Inc. ("OSI") for Summary Judgment that U.S. Patent No. 5,834,905 Is Not Invalid (Dkt. #57) which has previously been denied by Order (Dkt. # 150), AITI's Motion for Reconsideration of Order Granting-in-Part and Denying-in-Part Motion for Summary Judgment of Invalidity of U.S. Patent 5,834,905 (Dkt. # 155), the papers filed in support of and in opposition to these three motions and

all arguments and evidence contained therein, and all additional argument of counsel, and having so reviewed, good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Claim 32 of U.S. Patent No. 5,834,905 is invalid due to anticipation under 35 U.S.C. Section 102(b).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Claims 1, 17, 25, and 27 of U.S. Patent No. 5,834,905 are invalid due to obviousness under 35 U.S.C. Section 103.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the claims of OSI based on any of Claims 1, 17, 25, 27, or 32 of U.S. Patent No. 5,834,905 are hereby dismissed with prejudice and OSI shall take nothing thereby.

Dated: April 18, 2011   _____
                         Hon. Manuel L. Real
                         United States District Court Judge

GSD PAS943232.4-*-03/24/11 1:27 PM