1
2
3
4
5   JS - 6
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11                   CENTRAL DISTRICT OF CALIFORNIA
12

13  OSRAM SYLVANIA, INC.,            )
                                     )       CASE NO. CV 09-8748-R
14                   Plaintiff,      )
                                     )
15           vs.                     )
                                     )       JUDGMENT
16  AMERICAN INDUCTION               )
    TECHNOLOGIES, INC.,              )
17                                   )
                     Defendant.      )
18  _____  )

19       This Court having considered and granted plaintiff and counterclaim-defendant Osram Sylvania,
20  Inc.'s ("OSI") Motion for Judgment on Partial Findings pursuant to Federal Rule of Civil Procedure
21  52(c) that no inequitable conduct occurred during prosecution of U.S. Patent No. 5,834,905 following a
22  bench trial from September 20-22, 2011, and having considered the testimony, both live and by
23  deposition, the documentary evidence, the arguments of counsel, and the applicable law including
24  *Therasense v. Becton Dickinson and Co.*, 649 F.3d 1276 (Fed. Cir. 2011) (en banc), and having so
25  considered and reviewed and for the reasons as set forth in the Court's Findings of Fact and Conclusions
26  of Law on Inequitable Conduct, and good cause appearing,
27  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that
28       1.  No inequitable conduct occurred during prosecution of U.S. Patent No. 5,834,905;

2. U.S. Patent No. 5,834,905 is not unenforceable due to inequitable conduct;

3. The clerk shall enter judgment in favor of plaintiff and counterclaim-defendant OSI, and against defendant and counterclaim-plaintiff American Induction Technologies, Inc., ("AITI") on AITI's Third Claim for Relief for patent unenforceability due to inequitable conduct as set forth in Docket No. 56-2.

4. AITI's Third Claim for Relief is hereby dismissed with prejudice and AITI shall take nothing thereby.

DATED: October 28, 2011.

                                          MANUEL L. REAL
                                UNITED STATES DISTRICT JUDGE