UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| OSRAM SYLVANIA, INC., | Case No. CV 09-8748 R (VBKx) |
|---|---|
| Plaintiff, | |
| vs. | **CONSENT JUDGMENT** |
| AMERICAN INDUCTION TECHNOLOGIES, INC., | |
| Defendant. | **Hon. Manuel L. Real** |
| AND RELATED COUNTERCLAIM. | |

The parties, Plaintiff, Osram Sylvania, Inc. ("Plaintiff") and defendant, American Induction Technologies, Inc. ("Defendant"), by their undersigned attorneys, hereby jointly stipulate, and the Court hereby ORDERS, as follows:

(1) That United States Patent No. 5,834,905 entitled "High intensity electrodeless low pressure light source driven by a transformer core arrangement," and all claims thereof, is valid and enforceable;

(2) All other claims, counterclaims, and causes of action in this matter are hereby dismissed, with prejudice, with each party to bear their own costs and attorney's fees; and

(3) The Court retains jurisdiction over this action for the purposes of enforcing this Consent Judgment.

1
2
3  Dated: July 8, 2013                    Respectfully Submitted,
4
5                                         CANTOR COLBURN LLP
6                                         By: /s/ Steven M. Coyle
                                              Steven M. Coyle, Esq.
7
8                                         Attorneys for Plaintiff/
                                          Counterdefendant,
9                                         OSRAM SYLVANIA, INC.
10
11                                        CONNOLLY BOVE LODGE
12                                        & HUTZ LLP
13                                        By: /s/ Glenn W. Trost
14                                            Glenn W. Trost, Esq.
15
16                                        Attorneys for the Defendant/
                                          Counterclaimant,
17                                        AMERICAN INDUCTION
18                                        TECHNOLOGIES, INC.
19
20
    Entered this 9th day of July, 2013
21
22                                        SO ORDERED:
23
24                                        _____
25                                        Hon. Manuel L. Real
26                                        United States District Judge
27
28

-2-